

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00734-CV

**IN THE MATTER OF A.J.R.P.**

From the 386th Judicial District Court, Bexar County, Texas
Trial Court No. 2013JUV00669
Honorable Laura Parker, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. No costs of appeal are taxed against appellant.

SIGNED July 16, 2014.

_____
Karen Angelini, Justice